UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-24538-DPG

HOWARD COHAN,

    Plaintiff,

vs.

BD 11520 LLC,
d/b/a HOLIDAY INN EXPRESS & SUITES
KENDALL EAST - MIAMI,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, HOWARD COHAN ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal of this Action **without Prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, BD 11520 LLC, d/b/a HOLIDAY INN EXPRESS & SUITES KENDALL EAST - MIAMI ("Defendant"), has not served an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2. This case shall be dismissed **without Prejudice** with each party bearing his/their own attorneys' fees and costs.

BY: *s/ Jason S. Weiss*
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 0356890
**WEISS LAW GROUP, P.A.**
5531 N. University Drive
Suite 103
Coral Springs, FL 33067
Tel: (954) 573-2800
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of January, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all counsel of record and sent a copy of same to Defendant via email.

BY: *s/ Jason S. Weiss*
Jason S. Weiss